MELISSA GOODMAN (NY SB # 4224333)*
mgoodman@aclu.org
JAMEEL JAFFER (NY SB # 3064201)*
jjaffer@aclu.org
L. DANIELLE TULLY (NY SB # 4334512)*
dtully@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-268█

ANN BRICK (SB # 65296)
abrick@aclunc.org
American Civil Liberties Union Foundation
  of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

CINDY COHN (SB # 145997)
cindy@eff.org
KURT OPSAHL (SB # 191303)
kurt@eff.org
MARCIA HOFMANN (SB # 250087)
marcia@eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for Petitioner
*Pro hac vice applications to be filed upon the assignment of this case to a judge.

FILED
07 DEC 14 PM 12: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 07   6346   CW

INTERNET ARCHIVE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC.; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.; and ELECTRONIC FRONTIER FOUNDATION,

    Plaintiffs,

v.

MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation; and ARTHUR M. CUMMINGS II, in his official capacity as Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation,

    Defendants.

Case No. _____

**PETITION OF PLAINTIFF INTERNET ARCHIVE TO SET ASIDE NATIONAL SECURITY LETTER**

Petitioner Internet Archive has received a National Security Letter ("NSL") issued by the Federal Bureau of Investigation ("FBI") pursuant to 18 U.S.C. § 2709, demanding certain records in the organization's possession. Petitioner hereby petitions the Court under 18 U.S.C. § 3511(a) for an order setting aside the NSL because it is unlawful on the following grounds:

1. Petitioner is not an electronic communication service provider as required by 18 U.S.C. section 2709(a);

2. As a library, petitioner is not an electronic communication service provider within the meaning of 18 U.S.C. § 2709(f); and

3. Section 2709 of Title 18 of the United States Code, pursuant to which the NSL was issued, is unconstitutional on its face under the First Amendment.

A Memorandum of Points and Authorities in Support of Petition to Set Aside NSL is being filed concurrently herewith.

Respectfully submitted,

MELISSA GOODMAN
JAMEEL JAFFER
L. DANIELLE TULLY
American Civil Liberties Union Foundation
National Security Project

ANN BRICK
American Civil Liberties Union
Foundation of Northern California, Inc.

By: _____
    ANN BRICK
    Counsel for Petitioner

CINDY COHN
KURT OPSAHL
MARCIA HOFMANN
Electronic Frontier Foundation

By: _____
    MARCIA HOFMANN
    Counsel for Petitioner

DATED: December 14, 2007