1  MELISSA GOODMAN (NY SB # 4224333)*
   mgoodman@aclu.org
2  JAMEEL JAFFER (NY SB # 3064201)*
   jjaffer@aclu.org
3  L. DANIELLE TULLY (NY SB # 4334512)*
   dtully@aclu.org
4  American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor
5  New York, NY 10004-2400
   Telephone: (212) 549-2500
6  Facsimile: (212) 549-2680

7  ANN BRICK (SB # 65296)
   abrick@aclunc.org
8  American Civil Liberties Union Foundation
      of Northern California, Inc.
9  39 Drumm Street
   San Francisco, CA 94111
10 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437

CINDY COHN (SB # 145997)
cindy@eff.org
KURT OPSAHL (SB # 191303)
kurt@eff.org
MARCIA HOFMANN (SB # 250087)
marcia@eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

11 Counsel for Petitioner
12 *Pro hac vice applications to be filed upon the assignment of this case to a judge.

13               UNITED STATES DISTRICT COURT
14            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

15 | INTERNET ARCHIVE; AMERICAN CIVIL         )  Case No. _____
16 | LIBERTIES UNION; AMERICAN CIVIL          )
   | LIBERTIES UNION FOUNDATION;              )
17 | AMERICAN CIVIL LIBERTIES UNION OF        )  [PROPOSED] ORDER GRANTING
   | NORTHERN CALIFORNIA, INC.;               )  MOTION TO FILE CASE UNDER SEAL
18 | AMERICAN CIVIL LIBERTIES UNION           )
   | FOUNDATION OF NORTHERN                   )
19 | CALIFORNIA, INC.; and ELECTRONIC         )
20 | FRONTIER FOUNDATION,                     )
   |                          Plaintiffs,     )
21 |        v.                                )
22 | MICHAEL B. MUKASEY, in his official      )
   | capacity as Attorney General of the United )
23 | States; ROBERT S. MUELLER III, in his    )
   | official capacity as Director of the Federal )
24 | Bureau of Investigation; and ARTHUR M.   )
   | CUMMINGS II, in his official capacity as )
25 | Deputy Assistant Director of the         )
   | Counterterrorism Division of the Federal Bureau )
26 | of Investigation,                        )
   |                          Defendants.     )
27 |_____)
28

1  Having considered Plaintiffs' Motion to File Case Under Seal, and good cause
2  appearing:
3  IT IS HEREBY ORDERED that, until further Order of this Court, all documents in the
4  above-captioned case shall be filed initially under seal.

Dated: 12-14-07

United States District Judge for the
District of Northern California

[PROPOSED] ORDER GRANTING MOTION
TO FILE CASE UNDER SEAL