Danielle Tully
125 Broad Street, 18th Floor
New York, NY 11215
(212) 549-2588

**FILED**

DEC 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk's Use Only
Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Doe,

           Plaintiff(s),

           v.

Michael Mukasey, et al.

           Defendant(s).

CASE NO. C 07-06346 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Lori Danielle Tully, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing John Doe in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Ann Brick, ACLU of Northern California; 39 Drumm St.
San Francisco, CA 94111 Tel.: 415-621-2493; Fax: 415-255-8437

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec 19, 2007