MELISSA GOODMAN (NY SB # 4224333)*
mgoodman@aclu.org
JAMEEL JAFFER (NY SB # 3064201)*
jjaffer@aclu.org
L. DANIELLE TULLY (NY SB # 4334512)*
dtully@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-2680

ANN BRICK (SB # 65296)
abrick@aclunc.org
American Civil Liberties Union Foundation
   of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

CINDY COHN (SB # 145997)
cindy@eff.org
KURT OPSAHL (SB # 191303)
kurt@eff.org
MARCIA HOFMANN (SB # 250087)
marcia@eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for Plaintiffs
*Pro hac vice applications pending

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br>            Plaintiffs,<br>v.<br>MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation; and JOHN ROE, in his official capacity as Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation,<br>            Defendants. | Case No. Cv-07-6346<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS** |

# PROOF OF SERVICE BY REGISTERED MAIL

I, Meghan Loisel, hereby declare:

1. I am a citizen of the United States, employed in the City and County of San Francisco; I am over the age of 18 years and not a party to the within action or cause; my business address is 39 Drumm Street, San Francisco, CA 94111.

2. On December 21, 2007, I served one true copy of: (1) the Summons in a Civil Case for Robert S. Muller III; (2) the Complaint for Declaratory and Injunctive Relief; (3) Order Granting Motion to File Case Under Seal; (4) Administrative Motion for Leave to File Case Under Seal; (5) Declaration of Ann Brick in Support of Plaintiffs' Motion to File Case Under Seal; (6) Certificate of Interested Entities or Persons; (7) Order Setting Initial Case Management Conference and ADR Deadlines; (8) Order Setting Initial Case Management Conference and ADR Deadlines (including Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Waiver of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons); (9) Petition of Plaintiff to Set Aside National Security Letter; (10) Memorandum of Points and Authorities in Support of Petition of Plaintiff to Set Aside National Security Letter; (11) Declaration of Brewster Kahle in Support of Petition to Set Aside National Security Letter; (12) Declaration of Kurt Opsahl in Support of Petition to Set Aside National Security Letter; (13) [Proposed] Order Setting Aside National Security Letter, via registered mail at the following address:

> Robert S. Muller III, Director
> Federal Bureau of Investigation
> J.Edgar Hoover Building
> 935 Pennsylvania Avenue, N.W.
> Washington, D.C. 20535-0001

3. On December 21, 2007, I served one true copy of: (1) the Summons in a Civil Case for Arthur M. Cummings II; (2) the Complaint for Declaratory and Injunctive Relief; (3) Order Granting Motion to File Case Under Seal; (4) Administrative Motion for Leave to File Case Under Seal; (5) Declaration of Ann Brick in Support of Plaintiffs' Motion to File Case Under Seal; (6) Certificate of Interested Entities or Persons; (7) Order Setting Initial Case Management Conference and ADR Deadlines; (8) Order Setting Initial Case Management Conference and ADR Deadlines

(including Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Waiver of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons); (9) Petition of Plaintiff to Set Aside National Security Letter; (10) Memorandum of Points and Authorities in Support of Petition of Plaintiff to Set Aside National Security Letter; (11) Declaration of Brewster Kahle in Support of Petition to Set Aside National Security Letter; (12) Declaration of Kurt Opsahl in Support of Petition to Set Aside National Security Letter; (13) [Proposed] Order Setting Aside National Security Letter, via registered mail at the following address:

> Arthur M. Cummings II
> Deputy Assistant Director
> Counterterrorism Division
> Federal Bureau of Investigation
> J.Edgar Hoover Building
> 935 Pennsylvania Avenue, N.W.
> Washington, D.C. 20535-0001

4.  On December 21, 2007, I served one true copy of: (1) The Summons in a Civil Case for Michael B. Mukasey; (2) the Summons in a Civil Case for Robert S. Muller III; (3) the Summons in a Civil Case for Arthur M. Cummings II; (4) the Complaint for Declaratory and Injunctive Relief; (3) Order Granting Motion to File Case Under Seal; (4) Administrative Motion for Leave to File Case Under Seal; (5) Declaration of Ann Brick in Support of Plaintiffs' Motion to File Case Under Seal; (6) Certificate of Interested Entities or Persons; (7) Order Setting Initial Case Management Conference and ADR Deadlines; (8) Order Setting Initial Case Management Conference and ADR Deadlines (including Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Waiver of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons); (9) Petition of Plaintiff to Set Aside National Security Letter; (10) Memorandum of Points and Authorities in Support of Petition of Plaintiff to Set Aside National Security Letter; (11) Declaration of Brewster Kahle in Support of Petition to Set Aside National Security Letter; (12) Declaration of Kurt Opsahl in Support of Petition to Set Aside National Security Letter; (13) [Proposed] Order Setting Aside National Security Letter, via registered mail at the following address:

        Michael B. Mukasey
        Attorney General of the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530-0001

    5. On December 21, 2007, I served one true copy of: (1) The Summons in a Civil Case for Michael B. Mukasey; (2) the Summons in a Civil Case for Robert S. Muller III; (3) the Summons in a Civil Case for Arthur M. Cummings II; (4) the Complaint for Declaratory and Injunctive Relief; (3) Order Granting Motion to File Case Under Seal; (4) Administrative Motion for Leave to File Case Under Seal; (5) Declaration of Ann Brick in Support of Plaintiffs' Motion to File Case Under Seal; (6) Certificate of Interested Entities or Persons; (7) Order Setting Initial Case Management Conference and ADR Deadlines; (8) Order Setting Initial Case Management Conference and ADR Deadlines (including Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Waiver of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons); (9) Petition of Plaintiff to Set Aside National Security Letter; (10) Memorandum of Points and Authorities in Support of Petition of Plaintiff to Set Aside National Security Letter; (11) Declaration of Brewster Kahle in Support of Petition to Set Aside National Security Letter; (12) Declaration of Kurt Opsahl in Support of Petition to Set Aside National Security Letter; (13) [Proposed] Order Setting Aside National Security Letter, via registered mail at the following address:

        Civil Process Clerk
        United States Attorney's Office for
          the Northern District of California
        450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102

    I declare under penalty of Perjury under the laws of the State of California that the above is true and correct.

Dated: December 21, 2007
       San Francisco, California

*/s/ Meghan Loisel*
Meghan Loisel