**RECEIVED**
DEC 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

**FILED**
JAN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

John Doe,

Plaintiff,

v.

Michael Mukasey, et al.

Defendant(s).

CASE NO. C 07-06346 CW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Lori Danielle Tully, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing John Doe.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN - 3 2008

United States ~~Magistrate~~ Judge

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE