```
RECEIVED
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

Northern District of California 

John Doe,

        Plaintiff(s),

v.

Michael Mukasey, et al.

        Defendant(s).

CASE NO. C 07-06346 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

```
FILED
JAN - 3
RICHARD W. WIEKING
CLERK, U.S. DIST.
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

Melissa Goodman, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing John Doe.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN - 3 2008

United States ~~Magistrate~~ Judge

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE