```
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO C.S.B.N. 44332
Interim United States Attorney
SANDRA SCHRAIBMAN
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-4781
Facsimile:  (202) 318-7609
Email: Steven.Bressler@usdoj.gov
```

Attorneys for Defendants Michael B. Mukasey, Attorney General of the United States, Robert S. Mueller III, Director of the Federal Bureau of Investigation, and Arthur M. Cummings II, Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE and AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, et al.,<br><br>Defendants. | No. C 3:07-06346 CW<br><br>**NOTICE OF APPEARANCE**   |

PLEASE TAKE NOTICE that Steven Y. Bressler, an attorney with the U.S. Department of Justice, Civil Division, will be appearing in this action on behalf of defendants, Hon. Michael B. Mukasey, Attorney General of the United States, Hon. Robert S. Mueller III, Director of the Federal Bureau of Investigation, and Arthur M. Cummings II, Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation.

*Case No. C 3:07-06346 CW*
*Notice of Appearance*

1 | Dated January 10, 2008

2 | Respectfully Submitted,

3 | JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

4 |
5 | SCOTT N. SCHOOLS
Interim United States Attorney

6 | SANDRA M. SCHRAIBMAN
Assistant Branch Director

7 |

8 | ___/s/ Steven Y. Bressler___
STEVEN Y. BRESSLER D.C. Bar #482492
9 | Trial Attorney
U.S. Department of Justice
10 | Civil Division, Federal Programs Branch
P.O. Box 883
11 | Washington, D.C. 20044
(202) 514-4781 (telephone)
12 | (202) 318-7609 (fax)

13 | Attorneys for Defendants

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 | *Case No. C 3:07-06346 CW*
*Notice of Appearance*         -2-

# CERTIFICATE OF SERVICE

I certify that on January 10, 2008, I served the attached Notice of Appearance by Federal Express Overnight Mail on the following counsel of record for plaintiffs:

Melissa Goodman
Jameel Jaffer
L. Danielle Tully
American Civil Liberties Union Foundation
125 Broad St., 18th Fl.
New York, NY 10004-2400
(212) 549-2500

Ann Brick
American Civil Liberties Union Foundation of Northern California, Inc.
39 Drumm St.
San Francisco, CA 94111
(415) 621-2493

Cindy Cohn
Kurt Opsahl
Marcia Hofmann
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
(415) 436-9333

                                                      */s/ Steven Y. Bressler*
                                                      Steven Y. Bressler