FILED
2008 FEB 22 AM 9:08
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO C.S.B.N. 44332
Interim United States Attorney
SANDRA SCHRAIBMAN
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4781
Facsimile: (202) 318-7609
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants Michael B. Mukasey, Attorney General of the United States, Robert S. Mueller III, Director of the Federal Bureau of Investigation, and Arthur M. Cummings II, Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE and AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. C 3:07-06346 CW <br><br> **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

COME NOW THE PARTIES, by and through their undersigned counsel, and stipulate pursuant to Civil Local Rule 6-1(a) that defendants' time in which to answer or otherwise plead in response to plaintiff's Complaint is extended up to and including March 26, 2008.

//

//

//

| | | |
|---|---|---|
| 1 | Dated February 21, 2008 | Respectfully Submitted, |
| 2 | | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 3 | | |
| 4 | | JOSEPH P. RUSSONIELLO C.S.B.N. 44332<br>United States Attorney |
| 5 | | SANDRA M. SCHRAIBMAN<br>Assistant Branch Director |

Dated February 21, 2008          Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO C.S.B.N. 44332
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director

/s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)
Steven.Bressler@usdoj.gov

*Attorneys for Defendants*

MELISSA GOODMAN N.Y. SB# 4224333
JAMEEL JAFFER N.Y. SB# 3064201
L. DANIELLE TULLY N.Y. SB# 4334512
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004-2400
(212) 549-2500 (telephone)
(212) 549-2680 (fax)

ANN BRICK C.S.B.N. 65296
American Civil Liberties Union Foundation
    of Northern California, Inc.
39 Drumm St.
San Francisco, CA 94111
(415) 621-2493 (telephone)
(415) 255-8437 (fax)

/s/ Kurt Opsahl (by permission)
CINDY COHN C.S.B.N. 145997
KURT OPSAHL C.S.B.N. 191303
MARCIA HOFMANN C.S.B.N. 250087
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
(415) 436-9333 (telephone)
(415) 436 9993 (fax)
kurt@eff.org

*Attorneys for Plaintiffs*

*Case No. C 3:07-06346 CW*
*Stipulation Extending Defendants' Time to Respond to the Complaint*                              -2-