MELISSA GOODMAN (NY SB # 4224333)*
mgoodman@aclu.org
JAMEEL JAFFER (NY SB # 3064201)*
jjaffer@aclu.org
L. DANIELLE TULLY (NY SB # 4334512)*
dtully@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-2680

ANN BRICK (SB # 65296)
abrick@aclunc.org
American Civil Liberties Union Foundation
   of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

CINDY COHN (SB # 145997)
cindy@eff.org
KURT OPSAHL (SB # 191303)
kurt@eff.org
MARCIA HOFMANN (SB # 250087)
marcia@eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for Petitioner
*Admitted *Pro hac vice*.

FILED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAR 04 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC.; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.; and ELECTRONIC FRONTIER FOUNDATION,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, in his official capacity as Attorney General of the United States; ROBERT S. MUELLER III, in his | No. C 3:07-06346 CW<br><br>**STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE; DECLARATION OF MELISSA GOODMAN; [PROPOSED] ORDER**<br><br> |

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

1  official capacity as Director of the Federal       )
   Bureau of Investigation; and ARTHUR M.            )
2  CUMMINGS II, in his official capacity as          )
   Deputy Assistant Director of the                  )
3  Counterterrorism Division of the Federal Bureau   )
   of Investigation,                                 )
4                                                    )
                                                     )
5                          Defendants.               )
                                                     )
6  _____ )
                                                     )

2

COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Local Civil Rule 16-2(e) that this Court continue the Case Management Conference currently set for March 25, 2008, at 2:00 p.m. to April 1, 2008, at 2:00 p.m., and that the March 18, 2008 deadline for the parties' joint Case Management Statement be continued to March 25, 2008. In addition, because of the nature of this case, the fact that it mainly presents pure issues of law, and the likelihood that it will be resolved without any need for discovery, the parties also respectfully request by stipulation that the March 4, 2008 deadline for the parties to meet and confer about initial disclosures, early settlement, ADR process selection, discovery plan, and Joint ADR Certification, as well as the March 18, 2008 deadline for the parties' Rule 26(f) Report and initial disclosures be stayed pending discussion of those matters at the Case Management Conference.

Good cause exists for this request. The parties are actively engaged in settlement negotiations which, if successful, will result in resolution of this case without resort to further litigation and will obviate the need for the Case Management Conference. Even if those negotiations prove unsuccessful, defendants' deadline for answering or otherwise responding to plaintiffs' complaint has been extended to March 26, 2008 and the parties believe a Case Management Conference would be most fruitful if it occurred after that date.

Dated March 4, 2008            Respectfully Submitted,

                                             /s/ Melissa Goodman
MELISSA GOODMAN N.Y. SB# 422433
JAMEEL JAFFER N.Y. SB# 3064201
L. DANIELLE TULLY N.Y. SB# 4334512
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004-2400
(212) 549-2500 (telephone)
(212) 549-2680 (fax)
mgoodman@aclu.org

ANN BRICK C.S.B.N. 65296
American Civil Liberties Union Foundation
of Northern California, Inc.

3

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

39 Drumm St.
San Francisco, CA 94111
(415) 621-2493 (telephone)
(415) 255-8437 (fax)

CINDY COHN C.S.B.N. 145997
KURT OPSAHL C.S.B.N. 191303
MARCIA HOFMANN C.S.B.N. 250087
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
(415) 436-9333 (telephone)
(415) 436 9993 (fax)

*Attorneys for Plaintiffs*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO C.S.B.N. 44332
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director

**/s/ Steven Y. Bressler**
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)
Steven.Bressler@ usdoj.gov

*Attorneys for Defendants*

4

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Melissa Goodman, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 4th day of March, 2008, at New York, New York.

                                         **/s/ Melissa Goodman**
                                           Melissa Goodman

5

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

## DECLARATION OF MELISSA GOODMAN

I, **Melissa Goodman**, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and am admitted *pro hac vice* to practice before this Court. I am an attorney with the American Civil Liberties Union Foundation, co-counsel for plaintiff John Doe and for the other plaintiffs in this civil action. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. A Case Management Conference in the above-captioned action is currently scheduled to take place on March 25, 2008 at 2:00 p.m.

3. The parties have filed a request by stipulation that the Case Management Conference be continued to April 1, 2008 because the parties are actively engaged in settlement negotiations which, if successful, will result in resolution of this case without resort to further litigation and will obviate the need for the Case Management Conference. Even if those negotiations prove unsuccessful, defendants' deadline for answering or otherwise responding to plaintiffs' complaint has been extended to March 26, 2008 and the parties believe a Case Management Conference would be most fruitful if it occurred after that date.

4. The parties also have requested by stipulation that the March 4, 2008 deadline for the parties to meet and confer about initial disclosures, early settlement, ADR process selection, discovery plan, and Joint ADR Certification, as well as the March 18, 2008 deadline for the parties' Rule 26(f) Report and initial disclosures be stayed pending discussion of those matters at the Case Management Conference. The parties believe that this is the most productive and efficient way to proceed given the nature of this case, the fact that it mainly presents pure issues of law, and the likelihood that it will be resolved without any need for discovery.

6

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2008, at New York, New York.

          /s/Melissa Goodman
          Melissa Goodman

7

Case No. C 3:07-06346 CW
Stipulated Request to Continue Case Management Conference;
Declaration of Melissa Goodman; [Proposed] Order

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____MAR 1 0 2008_____          _____
                                       Hon. CLAUDIA WILKEN
                                       United States District Judge

8