

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO C.S.B.N. 44332
United States Attorney
SANDRA SCHRAIBMAN
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4781
Facsimile: (202) 318-7609
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants Michael B. Mukasey, Attorney General of the United States, Robert S. Mueller III, Director of the Federal Bureau of Investigation, and Arthur M. Cummings II, Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE and AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, et al.,<br><br>Defendants. | No. C 3:07-06346 CW<br><br>**STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' ANSWER DEADLINE; [PROPOSED] ORDER**  |

COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Local Civil Rule 16-2(e) that this Court continue the Case Management Conference currently set for April 1, 2008, at 2:00 p.m., to April 15, 2008, at 2:00 p.m.; that the March 25, 2008 deadline for the parties' joint Case Management Statement be continued to April 8, 2008; and that defendants' deadline to respond to plaintiffs' Complaint be

*Case No. C 3:07-06346 CW*
*Stipulated Request to Continue the Case Management Conference and Defendants' Answer Deadline*

extended to April 7, 2008.

    Good cause exists for this request. The parties are actively engaged in settlement negotiations which, if successful, will result in resolution of this case without resort to further litigation and will obviate the need for the Case Management Conference.

Dated March 24, 2008

                Respectfully Submitted,

                JEFFREY S. BUCHOLTZ
                Acting Assistant Attorney General

                JOSEPH P. RUSSONIELLO C.S.B.N. 44332
                United States Attorney

                SANDRA M. SCHRAIBMAN
                Assistant Branch Director

                  /s/ Steven Y. Bressler
                STEVEN Y. BRESSLER D.C. Bar #482492
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                P.O. Box 883
                Washington, D.C. 20044
                (202) 514-4781 (telephone)
                (202) 318-7609 (fax)

                Attorneys for Defendants

                  /s/ Melissa Goodman (by permission)
                MELISSA GOODMAN N.Y. SB# 422433
                JAMEEL JAFFER N.Y. SB# 3064201
                L. DANIELLE TULLY N.Y. SB# 4334512
                American Civil Liberties Union Foundation
                125 Broad St., 18th Floor
                New York, NY 10004-2400
                (212) 549-2500 (telephone)
                (212) 549-2680 (fax)
                mgoodman@aclu.org

                ANN BRICK C.S.B.N. 65296
                American Civil Liberties Union Foundation
                     of Northern California, Inc.
                39 Drumm St.
                San Francisco, CA 94111

```
                                    (415) 621-2493 (telephone)
                                    (415) 255-8437 (fax)

                                    CINDY COHN C.S.B.N. 145997
                                    KURT OPSAHL C.S.B.N. 191303
                                    MARCIA HOFMANN C.S.B.N. 250087
                                    Electronic Frontier Foundation
                                    454 Shotwell St.
                                    San Francisco, CA 94110
                                    (415) 436-9333 (telephone)
                                    (415) 436 9993 (fax)

                                    Attorneys for Plaintiffs
```

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: MAR 2 5 2008

Hon. CLAUDIA WILKEN
United States District Judge

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 24th day of March, 2008, at Washington, D.C.

/s/ Steven Y. Bressler
Steven Y. Bressler

*Case No. C 3:07-06346 CW*
*Stipulated Request to Continue the Case Management Conference and Defendants' Answer Deadline*