

| | |
|---|---|
| 1 | JEFFREY S. BUCHOLTZ |
| | Acting Assistant Attorney General |
| 2 | JOSEPH P. RUSSONIELLO C.S.B.N. 44332 |
| | United States Attorney |
| 3 | SANDRA SCHRAIBMAN |
| | Assistant Branch Director |
| 4 | STEVEN Y. BRESSLER D.C. Bar No. 482492 |
| | Trial Attorney |
| 5 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 6 | |
| | P.O. Box 883 |
| 7 | Washington, D.C. 20044 |
| | Telephone: (202) 514-4781 |
| 8 | Facsimile: (202) 318-7609 |
| | Email: Steven.Bressler@usdoj.gov |

RECEIVED APR - 7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

FILED APR 10 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Attorneys for Defendants Michael B. Mukasey, Attorney General of the United States, Robert S. Mueller III, Director of the Federal Bureau of Investigation, and Arthur M. Cummings II, Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE and AMERICAN CIVIL LIBERTIES UNION, et al., | No. C 3:07-06346 CW |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' ANSWER DEADLINE; [PROPOSED] ORDER** |
| v. | |
| MICHAEL B. MUKASEY, Attorney General of the United States, et al., |  |
| Defendants. | |

COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Local Civil Rule 16-2(e) that this Court continue the Case Management Conference currently set for April 15, 2008, at 2:00 p.m., to April 29, 2008, at 2:00 p.m.; that the April 8, 2008 deadline for the parties' joint Case Management Statement be continued to April 22, 2008; and that defendants' deadline to respond to plaintiffs' Complaint be

*Case No. C 3:07-06346 CW*
*Stipulated Request to Continue the Case Management Conference and Defendants' Answer Deadline*

1 | extended to April 21, 2008.
2 |     Good cause exists for this request. The parties are actively engaged in settlement
3 | negotiations which, if successful, will result in resolution of this case without resort to further
4 | litigation and will obviate the need for the Case Management Conference. The parties do not
5 | anticipate seeking any further extensions of these deadlines, and plaintiffs will oppose any further
6 | requests for extension of these deadlines.

Dated April 7, 2008

                              Respectfully Submitted,

                              JEFFREY S. BUCHOLTZ
                              Acting Assistant Attorney General

                              JOSEPH P. RUSSONIELLO C.S.B.N. 44332
                              United States Attorney

                              SANDRA M. SCHRAIBMAN
                              Assistant Branch Director


                              **/s/ Steven Y. Bressler**
                              STEVEN Y. BRESSLER D.C. Bar #482492
                              Trial Attorney
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              P.O. Box 883
                              Washington, D.C. 20044
                              (202) 514-4781 (telephone)
                              (202) 318-7609 (fax)

                              Attorneys for Defendants

                              **/s/ Melissa Goodman (by permission)**
                              MELISSA GOODMAN N.Y. SB# 422433
                              JAMEEL JAFFER N.Y. SB# 3064201
                              L. DANIELLE TULLY N.Y. SB# 4334512
                              American Civil Liberties Union Foundation
                              125 Broad St., 18th Floor
                              New York, NY 10004-2400
                              (212) 549-2500 (telephone)
                              (212) 549-2680 (fax)
                              mgoodman@aclu.org

                              ANN BRICK C.S.B.N. 65296

| | |
|---|---|
| 1 | American Civil Liberties Union Foundation of Northern California, Inc. |
| 2 | 39 Drumm St. |
|   | San Francisco, CA 94111 |
| 3 | (415) 621-2493 (telephone) |
|   | (415) 255-8437 (fax) |

CINDY COHN C.S.B.N. 145997
KURT OPSAHL C.S.B.N. 191303
MARCIA HOFMANN C.S.B.N. 250087
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
(415) 436-9333 (telephone)
(415) 436 9993 (fax)

*Attorneys for Plaintiffs*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __APR 1 0 2008__          _/s/ Claudia Wilken_
                                Hon. CLAUDIA WILKEN
                                United States District Judge

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 7th day of April, 2008, at Washington, D.C.

                                _/s/ Steven Y. Bressler_
                                Steven Y. Bressler

Case No. C 3:07-06346 CW
*Stipulated Request to Continue the Case Management Conference and Defendants' Answer Deadline*