MELISSA GOODMAN (NY SB # 4244323)
mgoodman@aclu.org
JAMEEL JAFFER (NY SB # 3064201)
jjaffer@aclu.org
L. DANIELLE TULLY (NY SB # 4334533)
dtully@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-2680

ANN BRICK (SB # 65296)
abrick@aclunc.org
American Civil Liberties Union Foundation
    of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

CINDY COHN (SB # 145997)
cindy@eff.org
KURT OPSAHL (SB # 191303)
kurt@eff.org
MARCIA HOFMANN (SB # 250087)
marcia@eff.org
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Counsel for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET ARCHIVE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC.; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC., and ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | [PROPOSED] ORDER TO UNSEAL CASE<br><br>Case No. CV-07-6346-CW |

Case No.  CV-07-6346-CW
PROPOSED ORDER TO UNSEAL CASE

The Court having considered the parties' Joint Administrative Motion to Unseal Case and finding the motion to be supported by good cause,

IT IS ORDERED that Motion is GRANTED and the case is hereby unsealed.

IT IS FURTHER ORDERED THAT the following, previously--filed documents and attachments thereto remain sealed: the Complaint for Declaratory and Injunctive Relief; Memorandum of Points and Authorities in Support of Petition of Plaintiff Internet Archive to Set Aside National Security Letter; Declaration of Brewster Kahle; and Declaration of Kurt Opsahl.

IT IS FURTHER ORDERED THAT, within 3 calendar days from the date of this Order, plaintiffs will file on the public docket, copies of the documents listed above that have been redacted in accordance with the Settlement Agreement between the parties.

Dated: 5/2/08

Hon. CLAUDIA WILKEN
United States District Judge

Case No. CV-07-6346-CW
PROPOSED ORDER TO UNSEAL CASE