1  GREGORY KATSAS
   Acting Assistant Attorney General
2  JOSEPH P. RUSSONIELLO C.S.B.N. 44332
   United States Attorney
3  SANDRA SCHRAIBMAN
   Assistant Branch Director
4  STEVEN Y. BRESSLER D.C. Bar No. 482492
   Trial Attorney
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6
7  P.O. Box 883
   Washington, D.C.  20044
   Telephone:  (202) 514-4781
8  Facsimile:  (202) 318-7609
   Email: Steven.Bressler@usdoj.gov
9
10 Attorneys for Defendants Michael B. Mukasey, *et al.*

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 INTERNET ARCHIVE and AMERICAN          )   No. C 4:07-06346 CW
   CIVIL LIBERTIES UNION, *et al.*,       )
15                                        )   **STIPULATION OF DISMISSAL WITH**
              Plaintiffs,                 )   **PREJUDICE AND STIPULATED**
                                          )   **REQUEST THAT THE COURT RETAIN**
16     v.                                 )   **JURISDICTION TO ENFORCE THE**
                                          )   **TERMS OF THE PARTIES'**
17 MICHAEL B. MUKASEY, Attorney           )   **SETTLEMENT AGREEMENT;**
   General of the United States, *et al.*,)   **[PROPOSED] ORDER**
18                                        )
              Defendants.                 )
19                                        )
   _____)
20

21        COME NOW THE PARTIES, by and through their undersigned counsel, and stipulate to

22 the dismissal, with prejudice, of this action pursuant to Federal Rule of Civil Procedure

23 41(a)(1)(A)(ii).

24        The parties also respectfully request by stipulation that this Court retain jurisdiction over

25 this matter solely to enforce, and pursuant to, the terms of the parties' April 21, 2008, Settlement

26 Agreement, which is filed as an exhibit herewith.  As provided in Paragraph 5 of that Agreement,

27
   *Case No. C 3:07-06346 CW*
28 *Stipulation of Dismissal and Stipulated Request*

1  the parties now also state:  Pursuant to the Agreement of the parties, as indicated by their
2  signatures through counsel below, this action is dismissed with prejudice, provided, however,
3  that the Court shall retain exclusive jurisdiction over this action for purposes of resolving any
4  disputes that may arise in the future regarding the Settlement Agreement between the parties, its
5  terms or the enforcement thereof.

6  Dated May 8, 2008                    Respectfully Submitted,

7                                       GREGORY KATSAS
                                        Acting Assistant Attorney General
8
                                        JOSEPH P. RUSSONIELLO C.S.B.N. 44332
9                                       United States Attorney

10                                      SANDRA M. SCHRAIBMAN
                                        Assistant Branch Director
11

12                                           /s/ Steven Y. Bressler
                                        STEVEN Y. BRESSLER D.C. Bar #482492
13                                      Trial Attorney
                                        U.S. Department of Justice
14                                      Civil Division, Federal Programs Branch
                                        P.O. Box 883
15                                      Washington, D.C. 20044
                                        (202) 514-4781 (telephone)
16                                      (202) 318-7609 (fax)

17                                      Attorneys for Defendants

18                                           /s/ Melissa Goodman (by permission)
                                        MELISSA GOODMAN N.Y. SB# 422433
19                                      JAMEEL JAFFER N.Y. SB# 3064201
                                        L. DANIELLE TULLY N.Y. SB# 4334512
20                                      American Civil Liberties Union Foundation
                                        125 Broad St., 18th Floor
21                                      New York, NY 10004-2400
                                        (212) 549-2500 (telephone)
22                                      (212) 549-2680 (fax)
                                        mgoodman@aclu.org
23
                                        ANN BRICK C.S.B.N. 65296
24                                      American Civil Liberties Union Foundation
                                             of Northern California, Inc.
25                                      39 Drumm St.
                                        San Francisco, CA 94111
26                                      (415) 621-2493 (telephone)
                                        (415) 255-8437 (fax)
27

28  *Case No. C 3:07-06346 CW*
    *Stipulation of Dismissal and Stipulated Request*

CINDY COHN C.S.B.N. 145997
KURT OPSAHL C.S.B.N. 191303
MARCIA HOFMANN C.S.B.N. 250087
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
(415) 436-9333 (telephone)
(415) 436 9993 (fax)

*Attorneys for Plaintiffs*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____    _____
Hon. CLAUDIA WILKEN
United States District Judge


DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Steven Y. Bressler, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 8th day of May, 2008, at Washington, D.C.


   /s/ Steven Y. Bressler
Steven Y. Bressler

*Case No. C 3:07-06346 CW*
*Stipulation of Dismissal and Stipulated Request*