1  MELISSA GOODMAN (NY SB# 422433)
   *mgoodman@aclu.org*
2  JAMEEL JAFFER (NY SB# 3064201)
   *jjaffer@aclu.org*
3  L. DANIELLE TULLY (NY SB# 4334512)
   *dtully@aclu.org*
4  American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor
5  New York, NY  10004-2400
   Telephone: (212) 549-2500
6  Facsimile: (212) 549-2680

7  JULIA HARUMI MASS (CSB # 189649)
   *jmass@aclunc.org*
8  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA  94111
10 Telephone:  (415) 621-2493
   Facsimile:  (4150 255-8437

CINDY COHN (SB #145997)
*cindy@eff.org*
KURT OPSAHL (SB #191303)
*kurt@eff.org*
MARCIA HOFFMAN (SB # 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile: (415) 436-9993

11 Counsel for Plaintiffs

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                 SAN FRANCISCO DIVISION

15 | INTERNET ARCHIVE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.; and ELECTRONIC FRONTIER FOUNDATION,

                    Plaintiffs

        v.

ERIC H. HOLDER Jr., in his official capacity as Attorney General of the United States; ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation; and ARTHUR M. CUMINGS, II, in his official capacity as Deputy Assistant Director of the Counterterrorism Division of the Federal Bureau of Investigation,

                    Defendants

Case No. 4:07-06346 CW

**NOTICE OF APPEARANCE AND REASSIGNMENT OF COUNSEL WITHIN SAME OFFICE**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Julia Harumi Mass hereby enters her appearance as counsel of record for Plaintiffs Internet Archive; American Civil Liberties Union; American Civil Liberties Union Foundation; American Civil Liberties Union of Northern California, Inc.; American Civil Liberties Union Foundation of Northern California, Inc.; and Electronic Frontier Foundation.  Please take further notice that this case has been reassigned to Julia Harumi Mass from another attorney in the same office, Ann Brick.  Copies of all pleadings, papers, and notices should be served as follows:

> Julia Harumi Mass (CSB 189649)
> AMERICAN CIVIL LIBERTIES UNION
> FOUNDATION OF NORTHERN CALIFORNIA
> 39 Drumm Street
> San Francisco, California 94111
> Telephone: (415) 621-2493
> Facsimile: (415) 255-8437
> Email: jmass@aclunc.org

PLEASE TAKE FURTHER NOTICE that Ann Brick has retired from law practice and seeks leave to withdraw and hereby does withdraw as counsel for Plaintiffs in this matter pursuant to Local Civil Rule 11-5(a).  Prior to her retirement in November 2009, counsel informed Plaintiffs that Ms. Brick would be withdrawing as counsel and that Ms. Mass would be serving as co-counsel with ongoing Plaintiffs' counsel Melissa Goodman, Jameel Jaffer, L. Danielle Tully, Cindy Cohn, Kurt Opsahl, and Marcia Hofmann.  In addition, all parties to this action are notified of this withdrawal through the electronic filing of this Notice of Appearance and Reassignment of

NOTICE OF APPEARANCE AND
REASSIGNMENT OF COUNSEL WITHIN
SAME OFFICE

CASE NO. 4:07-06346 CW

Counsel, Notice of Withdrawal of Counsel and Request for Order of Withdrawal and [Proposed] Order.

DATED: November 15, 2010                    Respectfully Submitted,


By:      /s/ Julia Harumi Mass

Julia Harumi Mass (CSB No. 189649)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA

**NOTICE OF APPEARANCE AND
REASSIGNMENT OF COUNSEL WITHIN
SAME OFFICE**                                         CASE NO. 4:07-06346 CW

**[~~PROPOSED~~] ORDER**

PURSUANT TO LOCAL CIVIL RULE 11-5(a), ANN BRICK IS PERMITTED TO WITHDRAW AS COUNSEL FOR PLAINTIFFS.

DATED: 11/17/2010

_____
CLAUDIA WILKIN
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF APPEARANCE AND
REASSIGNMENT OF COUNSEL WITHIN
SAME OFFICE

CASE NO. 4:07-06346 CW