STUART F. DELERY
Principal Deputy Assistant Attorney General
MELINDA L. HAAG
United States Attorney
SANDRA SCHRAIBMAN
Assistant Branch Director
MARCIA K. SOWLES, D.C. Bar 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4960
Facsimile: (202) 616-8470
Email: Marcia.Sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET ARCHIVE and AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>    Plaintiff,<br><br> vs.<br><br>ERIC H. HOLDER, Attorney General of the United States, et al.,<br><br>    Defendant | No. C 4:07-06346 CW<br><br>NOTICE OF FILING |

On May 5, 2008, this Court approved a Stipulation of Dismissal with Prejudice and a Stipulated Request that the Court Retain Jurisdiction to Enforce the Terms of the Parties Settlement Agreement.  See Dkt. No. 31.  Pursuant to the Settlement Agreement, the plaintiffs agreed to keep confidential and not to publicly disclose (1) the contents of certain portions of a National Security Letter ("NSL") which had been issued to Internet Archive on or about November 26, 2007, (2) portions of certain filings by the parties in this case, and (3) redacted portions of plaintiffs' letter to the Federal Bureau of Investigation dated December 17, 2007.  Settlement Agreement, ¶¶ 2-8.  The information redacted from these documents was referred

*Case No. C. 3:07-06346 CW*
*Notice of Filing*

to in the Settlement Agreement as "Protected Information."  Id. ¶ 11.  Pursuant to paragraph 13 of the Settlement Agreement, on November 26, 2008, defendants filed a copy of the certification regarding the need to extend the nondisclosure requirement with respect to the Protected Information.

In lieu of permitting their non-disclosure obligations simply to continue, plaintiffs have the option under paragraph 13 of the Settlement Agreement to request that the FBI make a recertification of the need for continuing the non-disclosure obligation.  Pursuant to this provision, plaintiffs requested a recertification, and Andrew McCabe, Assistant Director, Counterterrorism Division of the FBI, certified the need to continue the non-disclosure of the Protected Information.  A copy of that certification is attached as Exhibit A.

                                                Respectfully Submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director

 s/Marcia. K. Sowles
MARCIA K. SOWLES D.C. Bar #369455
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4960
Facsimile: (202) 616-8470
Email: marcia.sowles@usdoj.gov

Attorneys for Defendants

*Case No. C. 3:07-06346 CW*
*Notice of Filing*



U.S. DEPARTMENT OF JUSTICE

Federal Bureau of investigation

CERTIFICATION

I, Andrew G. McCabe, am the Assistant Director of the FBI's Counterterrorism Division.  As such, I am an official delegated the authority to certify for the Federal Bureau of Investigation the necessity of the non-disclosure provision contained in the National Security Letter issued on or about November 26, 2007 to the plaintiff, Internet Archive.

I hereby certify that disclosure of the previously un-disclosed portions of the National Security Letter issued on or about November 26, 2007 to Internet Archive, the plaintiff, in *Internet Archive et al. v. Michael B. Mukasey et al.*, 07-6346 (N.D. Cal.), may endanger national security of the United States.  In addition, I certify that disclosing the Protected Information, agreed to by and between the parties in the settlement agreement signed into effect, and filed with the Court on April 21, 2008, may result in a danger to national security of the United States, interference with a criminal, counterterrorism or counterintelligence investigation, interference with diplomatic relations, or danger to the life or physical safety of any person.

Nov. 26, 2012
Date

Andrew G. McCabe
Assistant Director
Counterterrorism Division
Federal Bureau of Investigation